## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United Food and Commercial Workers
Unions and Employers Midwest Health
Benefits Fund,

       Plaintiff,                        Civil No. 09-1168 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

Unimed Pharmaceuticals, Inc., et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 15, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge